UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on August 1, 2024

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No. 25-CR-** |
| | : | **Grand Jury Original** |
| | : | |
| v. | : | **Offenses:** |
| | : | |
| **LAURA LEE DUDLEY,** | : | 18 U.S.C. § 1349 (Conspiracy); |
| | : | 18 U.S.C. §§ 1341, 2 (Mail Fraud and |
| and | : | Aiding and Abetting and Causing an Act |
| | : | to be Done); |
| **DANIEL JUN PARK** | : | 18 U.S.C. § 1343, 2 (Wire Fraud and |
| | : | Aiding and Abetting and Causing an Act |
| | : | to be Done). |
| **Defendants.** | : | |
| | : | **Forfeiture Allegation:** |
| | : | |
| | : | 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. |
| | : | § 853(p), and 28 U.S.C. |
| | : | §2461(c). |

**INDICTMENT**

The Grand Jury for the District of Columbia charges that on or about the dates stated herein at all times material to this Indictment:

**INTRODUCTION**

**Background**

1. Organization A was a non-profit organization with employees in the District of Columbia and around the world that provided educational programs, training, and development assistance in the Middle East and North Africa. Organization A maintained its headquarters office in the District of Columbia.

2. Organization A's computer server was located in the District of Columbia.

3. Organization A had an account with Amazon.com, Inc. ("Amazon"), whose

headquarters are located in Seattle, Washington.

4. Defendant LAURA LEE DUDLEY ("DUDLEY") was an employee of Organization A from January 7, 2008, until May 3, 2022. At the time of her separation from Organization A, DUDLEY worked as an accountant in the Accounts Receivable Department at Organization A's headquarters office. Prior to August 31, 2015, DUDLEY was the administrative assistant in the Administrative Department at Organization A's headquarters.

5. Defendant DANIEL JUN PARK ("PARK") was an employee of Organization A from April 20, 2015, until July 21, 2022. PARK worked in-person as an administrative assistant in the Administration Department at Organization A's headquarters.

6. As part of her duties, DUDLEY was solely responsible for obtaining and distributing Organization A's corporate credit cards to authorized employees around the world. As a result, DUDLEY had access to the credit cards and their numbers ("credit cards") issued to Organization A's employees, including but not limited to PERSON 1.

7. DUDLEY and PARK did not have a corporate credit card in their names, nor were they authorized to use Organization A's credit cards to make personal purchases.

8. As part of his duties, PARK was responsible for purchasing supplies for the Administrative Department at Organization A's headquarters. PARK was authorized to use Organization A's credit card assigned to PERSON 1, to make purchases for the benefit of Organization A.

9. Organization A required its employees to report and record any purchases and expenses they made using Organization A's credit cards into an electronic purchase and expense log ("log") and to provide a scanned copy of the corresponding bill and/or invoice in support of the purchase or expense.

10. Organization A employees, including DUDLEY and PARK, had the ability to access Organization A's log. A new log of expenses and purchases was generated each month and was supposed to be reconciled against monthly credit card statements.

11. Organization A's practice was to timely pay its credit card bills by the end of the billing cycle in order to avoid paying interest charges and fees.

## COUNT ONE
### (Conspiracy)

12. Paragraphs 1-11 are hereby incorporated and re-alleged herein.

13. From at least January 1, 2020, continuing through at least June 30, 2022, within the District of Columbia and elsewhere, the defendants, LAURA LEE DUDLEY and DANIEL JUN PARK, did knowingly conspire, combine, confederate, and agree with each other to commit the following offenses: (a) they devised and intended to devise a scheme to defraud Organization A and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the aforementioned scheme to defraud, caused mail matter to be sent by the United States Postal Service and commercial carriers, in violation of 18 U.S.C. § 1341 (mail fraud); and (b) they devised and intended to devise a scheme and artifice to defraud Organization A and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the aforementioned scheme to defraud, did transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of 18 U.S.C. § 1343 (wire fraud).

## Purpose of Conspiracy and Scheme to Defraud

14. It was a purpose of the conspiracy and scheme to defraud for DUDLEY and PARK to obtain property and money for their personal use and benefit using Organization A's credit cards.

## Manner and Means

15. The manner and means by which DUDLEY and PARK would and did carry out the objectives of the conspiracy and scheme to defraud included:

   a. Without authority, ordering and purchasing property and goods, while located in Organization A's headquarters and elsewhere, for their personal use via the internet using Organization A's credit cards assigned to other Organization A employees.

   b. Ordering and purchasing property and goods for their personal use via the internet by using Organization A's credit cards to make unauthorized payments to Amazon.com, Inc. and personal PayPal accounts.

   c. Failing to report and record their unauthorized purchases and expenses using Organization A's credit cards in Organization A's log.

   d. Failing to provide supporting bills and/or invoices for their unauthorized purchases and expenses to Organization A's log.

   e. Reporting and recording false and fraudulent information about their unauthorized purchases and expenses in Organization A's log, including but not limited to: the nature of the goods purportedly purchased, the amount of goods, and the cost of unauthorized purchases.

   f. Creating and causing to be created, false and fraudulent bills and/or invoices in support of their unauthorized purchases and expenses.

   g. Providing falsified bills and/or invoices to Organization A to support the unauthorized purchases and expenses.

   h. Telling Organization A employees that DUDLEY would obtain from PARK missing reports and invoices and/or bills in support of some of the unauthorized purchases and expenses in Organization A's log.

   i. Causing unauthorized purchases to be mailed via the United States Postal Service and commercial carriers to Organization A headquarters, DUDLEY's and PARK's personal residences, and to other individuals.

   j. Communicating with each other via their personal cellphones over 150 times.

   k. Ordering and receiving over $300,000 worth of unauthorized purchases and expenses that were paid for using Organization A's credit cards, including but not limited to: gift cards, personal computer system, gaming monitors, electronic devices, jewelry, beauty supplies and cat food.

<b><u>Acts Made in Furtherance</u></b>

<b>Examples of Unauthorized Personal Purchases</b>

  16. On March 4, 2020, DUDLEY used without authority PERSON 1's Organization A's American Express credit card ("Amex credit card") to order ten $100 Mastercard gift cards; three $200 Visa gift cards; two $200 Mastercard gift cards; and ten $100 Visa gift cards (Amazon order no. x5041002), totaling $3,158.24 (with fees and taxes). The next day DUDLEY also used without authority PERSON 1's Organization A's Amex credit card to purchase two bedsheet fasteners and air pods (Amazon order no. x8281831), totaling $59.62. Both of these Amazon orders were mailed to DUDLEY at Organization A's headquarters.

5

17. On March 10, 2020, DUDLEY used without authority PERSON 1's Organization A's Amex credit card to order two $200 Mastercard gift cards; ten $100 Visa gift cards; two $200 Visa gift cards; and ten $100 Mastercard gift cards (Amazon order no. x1325018), totaling $2,951.29. This Amazon order was mailed to DUDLEY at Organization A's headquarters.

18. On March 12, 2020, DUDLEY used without authority PERSON 1's Organization A's credit card to order ten $100 Visa gift cards; ten $100 Mastercard gift cards; and two $200 Mastercard gift cards (Amazon order no. x2398619), totaling $2,537.39. In addition, DUDLEY used without authority PERSON 1's Organization A's Amex credit card to order a 500-count box of ForPro professional foil sheets for hair color; alligator hairclips; and a Colortrack hair colorist kit (Amazon order no. x3828259), totaling $67.81. That same day DUDLEY also used without authority PERSON 1's Organization A's credit card to order a book (Amazon order no. x4226637), totaling $35.79.

19. On May 20, 2020, DUDLEY used without authority PERSON 1's Organization A's Amex credit card to order ten $100 Mastercard gift cards and ten $100 Visa gift cards (Amazon order no. x1598611), totaling $2,123.49, which were mailed to DUDLEY at her residence in Maryland.

20. On May 23, 2020, PARK used without authority PERSON 1's Organization A's Amex credit card to order three $200 Visa gift cards (Amazon order no. x2416211), totaling $620.85, but costing $508.43 because PARK used Organization A's Amex reward points on the purchases. Amazon order no. x2416211 was mailed to PARK at Organization A's headquarters.

21. On July 8, 2020, PARK used without authority PERSON 1's Organization A's Amex credit card to pay for purchases on his personal PayPal account, totaling $1,154.98.

22. PARK reported and submitted to Organization A a false invoice claiming that the $1,154.98 Amazon purchase on July 9, 2020, was for 21 tubs of disinfecting wet wipes from a cleaning supply company in Virginia.

23. On July 15, 2020, DUDLEY used without authority PERSON 1's Organization A's Amex credit card to order furniture (Amazon order no. x1533021), totaling $36.35, and (Amazon order no. x13957043), totaling $401.78, which was mailed to DUDLEY's residence in Maryland.

24. On January 14, 2021, DUDLEY used without authority PERSON 1's Organization A's Amex credit card to order a variety of goods, including but not limited to: 2 Alex and Ani bangles; 3 DND gel polish sets; and manicurist solvent (Amazon order no. 2961032), totaling $135.66. Amazon order no. x2961032 was mailed to DUDLEY's residence in Maryland.

25. On July 5, 2021, PARK used without authority an Organization A's Amex credit card to order three $200 Visa gift cards (Amazon order no. x6293820), totaling $620.85, which were mailed to PARK at Organization A's headquarters.

26. PARK reported and submitted to Organization A a false invoice claiming that the $620.85 Amazon purchase on July 5, 2021, was for 15 boxes of Chlorox wipes.

27. On November 15, 2021, PARK used without authority PERSON 1's Organization A's Amex credit card to order a gaming laptop (Amazon order no. x3094648), which was priced at $1,288.49, but costing $892.57, because PARK used Organization A's Amex reward points. The gaming computer was mailed to PARK at Organization A's headquarters.

28. PARK submitted to Organization A, a invoice claiming that the $892.57 Amazon purchase on November 15, 2021, was for Purell soap dispensers.

29. On November 25, 2021, PARK used without authority PERSON 1's Organization A's Amex credit card to order a gaming mouse (Amazon order no. x9324239), totaling $135.00, which was mailed to PARK at an address in Colorado.

30. PARK submitted to Organization A a false invoice claiming that the $135.00 Amazon purchase on November 25, 2021, was for a non-gaming mouse and that it was shipped to Organization A's headquarters.

31. On December 3, 2021, PARK used without authority PERSON 1's Organization A's Amex credit card to order two $200 Visa gift cards (Amazon order no. x8099453), totaling $413.90, which order was mailed to PERSON 2 in Virginia. PARK failed to provide Organization A with an invoice regarding this purchase.

32. On December 13, 2021, PARK used without authority PERSON 1's Organization A's Amex credit card to order a television stand (Amazon order no. x9690609), totaling $153.68, which was mailed to PERSON 2 in Virginia. PARK failed to provide Organization A with an invoice regarding this purchase.

33. On December 14, 2021, PARK used without authority PERSON 1's Organization A's Amex credit card to order two $200 Visa gift cards (Amazon order no. x0446612), totaling $413.90, which were mailed to PERSON 2 at a residence in Virginia. PARK failed to provide Organization A with an invoice regarding this purchase.

34. On December 20, 2021, PARK used without authority PERSON 1's Organization A's Amex credit card to order a wireless gaming headset (Amazon order no. x0532239), totaling $190.99, which was mailed to PARK at Organization A's headquarters. PARK failed to provide Organization A with an invoice regarding this purchase.

35. On December 22, 2021, PARK used without authority PERSON 1's Organization A's Amex credit card to order another gaming headset (Amazon order no. x5445046), totaling $159.98, which was mailed to PARK at Organization A's headquarters. PARK failed to provide Organization A with an invoice regarding this purchase.

36. On March 25, 2022, PARK used without authority PERSON 1's Organization A's Amex credit card to order four $100 Mastercard gift cards (Amazon order no. x6309032), totaling $423.80, which were mailed to PARK at Organization A's headquarters.

37. PARK reported and submitted to Organization A, a false invoice claiming that the $423.80 Amazon purchase on March 25, 2022, was for 20 Palmolive soap.

38. On April 2, 2022, PARK used without authority PERSON 1's Organization A's Amex credit card to order one $100 Mastercard gift card (Amazon order no. x1633046), totaling $105.95, which was mailed to PARK in Virginia.

39. PARK reported and submitted to Organization A a false invoice claiming that the $105.95 Amazon purchase on April 2, 2022, was for five Purell hand sanitizers.

**(Conspiracy, in violation of 18 U.S.C. § 1349)**

## COUNTS TWO THROUGH ELEVEN
(Mail Fraud)

40. Paragraphs 1-11, and 14-39 are hereby incorporated and re-alleged herein.

41. Beginning on at least January 1, 2020, and continuing to at least June 30, 2022, in the District of Columbia and elsewhere, the defendants LAURA LEE DUDLEY and DANIEL JUN PARK, devised and intended to devise a scheme to defraud their employer, Organization A, and to obtain money and property from Organization A by means of materially false and fraudulent pretenses, representations, and promises, as more fully described above and below.

## Execution of the Scheme to Defraud

42. On or about the dates listed below, in the District of Columbia and elsewhere, the defendants LAURA LEE DUDLEY and DANIEL JUN PARK, for the purpose of executing and attempting to execute and aiding and abetting the execution of the above-described scheme to defraud and obtain money and property of Organization A by materially false and fraudulent pretenses, representations, and promises, did knowingly cause to be delivered by a commercial interstate carrier, from outside the District of Columbia to the District of Columbia, and elsewhere, mail matter, that is: unauthorized purchases of property from Amazon, as listed below:

| COUNT | APPROXIMATE DATE | DESCRIPTION OF MAILING |
|---|---|---|
| 2 | March 4, 2020 | Mailing property consisting of Amazon order no. x5041002 to Organization A's headquarters on behalf of DUDLEY |
| 3 | March 10, 2020 | Mailing property consisting of Amazon order no. x1325018 to Organization A's headquarters on behalf of DUDLEY |
| 4 | March 12, 2020 | Mailing property consisting of Amazon order no. x3828259 to Organization A's headquarters on behalf of DUDLEY |
| 5 | May 23, 2020 | Mailing property consisting of Amazon order no. x2416211 to Organization A's headquarters on behalf of PARK |
| 6 | July 5, 2021 | Mailing property consisting of Amazon order no. x6293820 to Organization A's headquarters on behalf of PARK |
| 7 | November 15, 2021 | Mailing property consisting of Amazon order no. x3094648 to Organization A's headquarters on behalf of PARK |
| 8 | December 20, 2021 | Mailing property consisting of Amazon order no. x0532239 to Organization A's headquarters on behalf of PARK |

| COUNT | APPROXIMATE DATE | DESCRIPTION OF MAILING |
|---|---|---|
| 9 | December 22, 2021 | Mailing property consisting of Amazon order no. x5445046 to Organization A's headquarters on behalf of PARK |
| 10 | March 25, 2022 | Mailing property consisting of Amazon order no. x6309032 to Organization A's headquarters on behalf of PARK |
| 11 | April 2, 2022 | Mailing property consisting of Amazon order no. x1633046 to Organization A's headquarters on behalf of PARK |

**(Mail Fraud, Aiding and Abetting, Causing an Act to be Done,
in violation of 18 U.S.C. §§ 2, 1341)**

## COUNTS TWELVE THROUGH TWENTY-FOUR
### (Wire Fraud)

43.   Paragraphs 1-11, and 14-39 are hereby incorporated and re-alleged herein.

44.   Beginning on at least January 1, 2020, and continuing to at least June 30, 2022, in the District of Columbia and elsewhere, the defendants, LAURA LEE DUDLEY and DANIEL JUN PARK, devised and intended to devise a scheme to defraud their employer, Organization A, and to obtain money and property from Organization A by means of materially false and fraudulent pretenses, representations, and promises, as more fully described above and below.

### Execution of the Scheme to Defraud

42.   On the dates set forth below, in the District of Columbia and elsewhere, LAURA LEE DUDLEY and DANIEL JUN PARK for the purpose of executing and attempting to execute and aiding and abetting the execution of the above-described scheme to defraud and obtain money and property of Organization A, did transmit and cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds:

| COUNT | APPROXIMATE DATE | DESCRIPTION OF WIRE |
|---|---|---|
| 12 | March 5, 2020 | Transmission of Amazon order no. x8281831 on behalf of DUDLEY by interstate and foreign wire from inside the District of Columbia to outside the District of Columbia |
| 13 | March 10, 2020 | Transmission of Amazon order no. x1325018 on behalf of DUDLEY by interstate and foreign wire from inside the District of Columbia to outside the District of Columbia |
| 14 | March 12, 2020 | Transmission of Amazon order no. x3828259 on behalf of DUDLEY by interstate and foreign wire from inside the District of Columbia to outside the District of Columbia |
| 15 | May 20, 2020 | Transmission of Amazon order no. x1598611 on behalf of DUDLEY by interstate and foreign wire from inside the District of Columbia to Amazon outside the District of Columbia |
| 16 | May 23, 2020 | Transmission of Amazon order no. x2416211 on behalf of PARK by interstate and foreign wire from inside the District of Columbia to Amazon outside the District of Columbia |
| 17 | July 15, 2020 | Transmission of Amazon order no. x1533021 on behalf of DUDLEY by interstate and foreign wire from inside the District of Columbia to Amazon outside the District of Columbia |
| 18 | July 5, 2021 | Transmission of Amazon order no. x6293820 on behalf of PARK by interstate and foreign wire from inside the District of Columbia to Amazon outside the District of Columbia |
| 19 | November 15, 2021 | Transmission of Amazon order no. x3094648 on behalf of PARK by interstate and foreign wire from inside the District of Columbia to Amazon outside the District of Columbia |
| 20 | November 25, 2021 | Transmission of Amazon order no. x9324239 on behalf of PARK by interstate and foreign wire from inside the District of Columbia to Amazon outside the District of Columbia |

| COUNT | APPROXIMATE DATE | DESCRIPTION OF WIRE |
|---|---|---|
| 21 | December 10, 2021 | Transmission of Amazon order no. x9690609 on behalf of PARK by interstate and foreign wire from inside the District of Columbia to Amazon outside the District of Columbia |
| 22 | December 13, 2021 | Transmission of Amazon order no. x0446612 on behalf of PARK by interstate and foreign wire from inside the District of Columbia to Amazon outside the District of Columbia |
| 23 | March 25, 2022 | Transmission of Amazon order no. x6309032 on behalf of PARK by interstate and foreign wire from inside the District of Columbia to Amazon outside the District of Columbia |
| 24 | April 2, 2022 | Transmission of Amazon order no. x1633046 on behalf of PARK by interstate and foreign wire from inside the District of Columbia to Amazon outside the District of Columbia |

**(Wire Fraud, Aiding and Abetting, Causing an Act to be Done, in violation of 18 U.S.C. §§ 2, 1343)**

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One through Count Twenty-Four of this Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

A TRUE BILL:

FOREPERSON

*Edward R. Martin, Jr. /KLR*
ATTORNEY FOR THE UNITED STATES IN
AND FOR THE DISTRICT OF COLUMBIA