AO 442 (Rev. 01/09) Arrest Warrant

11772961

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Laura Lee Dudley

*Defendant*

Case: 1:25-cr-00058
Assigned To : Nichols, Carl J.
Assign. Date : 2/27/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Laura Lee Dudley

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy);
18 U.S.C. §§ 1341, 2 (Mail Fraud and Aiding and Abetting and Causing an Act to be Done;
18 U.S.C. § 1343, 2 (Wire Fraud and Aiding and Abetting and Causing an Act to be Done.

Date: 2/27/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/28/25, and the person was arrested on *(date)* 3/25/25
at *(city and state)* 6213 Saul Pl Waldorf, MD

Date: 3/25/25

*Arresting officer's signature*

Ray Campbell  Postal Inspector
*Printed name and title*